UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT,

        Plaintiff(s),

vs.

UNITED STATES, et al.,

        Defendant(s).

No. C 08 80077 MISC MHP

**ORDER DENYING FILING**

    Plaintiff, who has been found to be a vexatious litigant, having filed over 32 cases, nine of them in 2008 alone (and it is only mid- Apri), making substantially the same allegations against substantially the same people, has been found to be a vexatious litigant subject to prefiling review. See Order filed in C 01-2870 MHP, dated Aug. 15, 2001. In fact, the complaint in that case made allegations against the United States and a host of individual defendants who are sued in this complaint, plus other defendants who have been frequently named in her other complaints.

    Plaintiff attempts to take advantage of an order filed in C 08-80013 [erroneously noted on plaintiff's copy of order as 08-80014] MISC MHP which gave her leave to file an appeal from a bankruptcy court decision. That complaint was filed and has been dismissed by another judge of this court for failure to submit a payment plan. See Docket in C 08-1404 CW.

    Plaintiff then submits this action based upon the leave afforded in C 08-80013. Whether this is an honest mistake or a bait-and-switch, the leave permitted in 08-80013 was to allow plaintiff to proceed with her bankruptcy appeal, not to file another action of the type that she has been barred

from filing without prefiling review and an order permitting her to do so.

    The submission by plaintiff in this case requires prefiling review and, for all the reasons stated in this court's 01-2870 Order, the court must deny leave to file this complaint. It falls squarely within the substance of the abusive and vexatious litigation plaintiff has heretofore repeatedly filed or attempted to file.

    Therefore,

    IT IS HEREBY ORDERED that the Clerk of Court shall not file the complaint herein.

Date: April 17, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**ENDNOTES**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY REMMERT,

          Plaintiff,

  v.

U.S.A. et al,

          Defendant.

Case Number: CV08-80077 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: April 17, 2008

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk